IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Double Diamond C Mineral LLC on behalf of itself and a class of similarly situated persons,<br><br>           Plaintiff,<br><br>vs.<br><br>Zavanna, LLC,<br><br>           Defendant. | Case No. 1:20-cv-140 |

**ORDER ADOPTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

[¶1] THIS MATTER comes before the Court on a Stipulation for Dismissal without Prejudice filed by the Parties on June 15, 2021. Doc. No. 19. The Parties stipulate to dismiss all claims without prejudice. Id. The parties further stipulate to bear their own costs and fees. Id.

[¶2] Upon consideration, the Court **ADOPTS** the Stipulation in its entirety. It is therefore **ORDERED** that all claims against the Defendant are **DISMISSED without prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Parties shall bear their own costs and fees.

[¶3] **IT IS SO ORDERED**.

DATED June 16, 2021.

Daniel M. Traynor, District Judge
United States District Court